BOYNTON *v.* KENT CIRCUIT JUDGE.

Mandamus by Jeremiah W. Boynton to compel Willis B. Perkins, one of the judges of the circuit court for the county of Kent, to vacate an order denying a motion to open relator's default and to vacate his default in an action at law. Preliminary writ allowed September 28, 1910. Submitted October 18, 1910. (Calendar No. 24,270.) Writ denied December 7, 1910.

*John W. Powers,* for relator.

*William E. Grove,* for respondent.

PER CURIAM. This cause is ruled by the case of *Boynton* v. *Kent Circuit Judge, ante,* 500.